1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada

3   TROY K. FLAKE
    Assistant United States Attorney
4   501 Las Vegas Boulevard South, Suite 1100
5   Las Vegas, Nevada 89101
    Telephone: 702-388-6336
6   Email: *troy.flake@usdoj.gov*

7   *Attorneys for the United States.*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  UNITED STATES *ex rel.* ERIC MESI        )
                                              )   Case No. 3:15-cv-00508
12                                            )
              Plaintiffs,                     )   **ORDER**
13                                            )   **FILED EX PARTE**
          v.                                  )   **AND UNDER SEAL**
14                                            )
    NATIONAL DEFAULT SERVICING                )
15  CORPORATION, et al.                       )
                                              )
16            Defendants.                     )
                                              )
17  ─────────────────────────────────────────

18         The United States having declined to intervene in this action pursuant to the False Claims

19  Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

20         IT IS ORDERED that,

21         1. The complaint be unsealed and served upon the defendant by the relator;

22         2. All other contents of the Court's file in this action remain under seal and not be made

23  public or served upon the defendant, except for this Order and the United States' Notice of

24  Election to Decline Intervention, which the relator will serve upon the defendant only after

25  service of the complaint;

26         3. The seal be lifted as to all other matters occurring in this action after the date of this

27  Order;

28         4. The parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S. C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

     5. The parties shall serve all notices of appeal upon the United States;

     6. All orders of this Court shall be sent to the United States; and that

     7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.


     IT IS SO ORDERED,

     DATED: This 16th day of September, 2016.


United States District Judge